IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN DOES 1-15, | : | No. 12-2090 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **27th** day of **June**, **2012**, upon consideration of Defendant John Doe's Motion to Quash Subpoena and Vacate Order Plaintiff Leave to Serve Third Party Subpoenas and Plaintiff's response thereto, it is hereby **ORDERED** that the motion (Document No. 11) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**