## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, :<br>      Plaintiff, :<br>   v. :<br>                              :<br>JOHN DOES 1-15, :<br>      Defendants, :<br>                              : | <u>Civil Action No. 2:12-cv-02090-BMS</u> |

**PLAINTIFF NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>OF JOHN DOE 3 ONLY WITH PREJUDICE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 3 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action <u>with prejudice</u>. John Doe 3 was assigned the IP Address 173.62.195.110. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 3 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: July 6, 2012

Respectfully submitted,

By: __/s/ Christopher P. Fiore__
Christopher P. Fiore
cfiore@fiorebarber.com
Attorneys At Law
425 Main Street, Suite 200
Harleysville, PA 19438
Phone: 215-256-0205
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interest parties through this system.

By: _/s/ Christopher P. Fiore_