UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X
MALIBU MEDIA, LLC,

                         Plaintiff,

       vs.

JOHN DOES 1-15

                        Defendants.
------------------------------------------------------------------X

Civil Action No. 2:12-cv-02090-BMS

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 1, 2, 4, 5, 6, 7, 8, 11, 12, 14 AND 15 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendants, John Doe 1, 2, 4, 5, 6, 7, 8, 11, 12, 14 and 15, ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 72.94.162.160, 173.62.182.95, 71.123.42.92, 74.109.25.160, 96.227.54.245, 96.245.100.173, 96.245.211.126, 68.63.88.108, 68.80.142.129, 69.249.38.31 and 71.224.152.56, respectively.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: August 6, 2012

                    Respectfully submitted,

                    FIORE & BARBER, LLC

By:   */s/ Christopher P. Fiore*
       Christopher P. Fiore, Esquire
       Aman M. Barber, III, Esquire
       Attorneys for Plaintiff
       425 Main Street, Suite 200
       Harleysville, PA 19438
       Tel: (215) 256-0205
       Fax: (215) 256-9205
       Email: cfiore@fiorebarber.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By */s/ Christopher P. Fiore*
Christopher P. Fiore, Esquire

2