**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,     :
:      Civil Case No. 2:12-cv-02090-BMS
        Plaintiff,     :
:
    vs.                :
:
BEN ARNOLD,            :
:
        Defendant.     :
:
---------------------------------------------------------------X

## ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION

THIS CAUSE came before the Court upon Plaintiff's Motion for Service by Publication and for Extension of Time to Effectuate Service (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until October 5, 2012 to serve defendant by publication.

SO ORDERED this ___ day of _____, 2012.


By: _____
**UNITED STATES DISTRICT JUDGE**